UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLER COOPER, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al., <br><br> Defendant. | NO. CV 16-0088-FMO (AGR) <br><br> ORDER OF DISMISSAL |

On September 2, 2016, the magistrate judge filed a Report recommending that Defendant County's motion to dismiss be granted and Plaintiff's civil rights complaint be dismissed with leave to amend. (Dkt. No. 24.)

On September 29, 2016, the Court accepted the Report's findings and recommendation and gave Plaintiff leave to amend the complaint within 30 days of the date of entry of the Court's order (September 29, 2016). The Court directed the Clerk to send Plaintiff forms and instructions to assist him in preparing an amended complaint. (Dkt. No. 26.) The order was mailed to Plaintiff at his address of record. (*See* Dkt. No. 27 at 1.)

On October 11, 2016, the postal service returned as undeliverable the Order Accepting Findings and Recommendation of Magistrate Judge Plaintiff's copy of the acceptance order. The envelope was stamped, "Attempted / Not Known." (*Id.*) The handwriting indicates Plaintiff does not live at that address. (*Id.*)

Local Rule 41-6 provides: "A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Plaintiff has failed to comply with Local Rule 41-6 by failing to notify the Court of his current address and telephone number. The Court has no means of contacting Plaintiff.

As of the filing date of this Order, Plaintiff has not filed a First Amended Complaint. Accordingly, the action is DISMISSED without prejudice.

DATED: November 4, 2016

/s/
FERNANDO M. OLGUIN
United States District Judge